COMMONWEALTH of Pennsylvania, Respondent

v.

Nicholas EDWARDS, Petitioner

No. 406 EAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

**AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Arlando PICKETT, Petitioner

No. 377 EAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

**AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Manuel M.M. ROSE, Petitioner

No. 390 EAL 2017

Supreme Court of Pennsylvania.

January 9, 2018

## ORDER

PER CURIAM

**AND NOW**, this 9th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.